FILED
JAN 05 2022
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RANDY EASTLACK, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:21-CV-533LY |
| § | |
| DURO LEGACY HVAC, INC., § | |
| DEFENDANT. § | |

## ORDER

Before the court is the above-referenced cause. On January 4, 2022, counsel for Plaintiff notified the court by email that the parties had reached a settlement and would file dismissal documents within 30 days. In light of the parties' settlement,

**IT IS ORDERED** that the parties shall file a motion to dismiss or stipulation of dismissal **on or before February 7, 2022**.

**IT IS FURTHER ORDERED** that the Initial Pretrial Conference by telephone scheduled for January 6, 2022, at 3:00 p.m. is **CANCELED**.

SIGNED this 5th day of January, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE